UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 21-cv-308 (KBJ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**GENERAL ORDER AND GUIDELINES REGARDING
MOTIONS FOR A TEMPORARY RESTRAINING ORDER,
STAY, OR PRELIMINARY INJUNCTION**

On February 4, 2021, Plaintiffs Facing Foster Care in Alaska, Family Equality, True Colors United, Inc., and Services & Advocacy for GLBT Elders filed a motion in this matter seeking entry of a temporary restraining order, a stay under 5 U.S.C. § 705, or a preliminary injunction. (ECF No. 8.) In order to ensure the efficient and expeditious resolution of this motion, and to conserve this Court's and the parties' resources, it is hereby

**ORDERED** that Plaintiffs shall promptly effect service of the complaint on Defendants, and shall file any returns of service on or before **February 8, 2021**. It is

**FURTHER ORDERED** that the parties shall confer and, within **one** business day following entry of this Order or defense counsel's entry of appearance, whichever is later, file a Notice that contains three dates and times on which counsel are available

for a telephone scheduling conference with the Court.  All of the dates and times provided must be within seven business days of the parties' conference.  During the conference, the parties should be prepared to address the various rate-limiting factors that the Court needs to consider as it determines the briefing and hearing schedule moving forward, including:

(1) whether the instant motion should be converted to a motion for full summary judgment and handled on an expedited basis;

(2) if the parties wish to proceed on a preliminary injunction/partial summary judgment basis, what is the parties' proposed schedule for briefing the motion;

(3) the parties' availability for a hearing on the motion when it is ripe, however it is styled; and

(4) whether any parallel litigation related to the claims in this case and/or the subject of the motion for a preliminary injunction is pending, and the status of any such litigation.

Defendants' obligation to respond to the pending motion for a temporary restraining order, stay, or preliminary injunction is **STAYED** pending the telephonic scheduling conference.  It is

**FURTHER ORDERED** that the parties shall meet and confer and confer in good faith regarding the emergency relief being requested and that, **if they reach any agreements that impact or obviate the need for emergency relief, they shall file a notice informing the Court of these developments no later than 24 hours before the telephonic scheduling conference.**  It is

**FURTHER ORDERED** that if any parallel litigation is pending, the parties shall keep the Court fully apprised of the status of such ligation, including notifying the

Court within 24 hours whenever a document is filed, a hearing is held or scheduled, or an order is issued in that litigation. Finally, it is

**FURTHER ORDERED** that Defendants' obligation to respond to the complaint shall be suspended during the Court's consideration of the merits of the motion for a temporary restraining order, stay, or preliminary injunction. Defendants must answer or otherwise respond to the Complaint within 14 days after the Court issues its order on the motion for a temporary restraining order, stay, or preliminary injunction.

DATE:  February 5, 2021               *Ketanji Brown Jackson*
                                                    KETANJI BROWN JACKSON
                                                    United States District Judge