AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA; FAMILY EQUALITY; TRUE COLORS UNITED, INC.; and SERVICES & ADVOCACY FOR GLBT ELDERS <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and NORRIS COCHRAN, in his official capacity as Acting Secretary, United States Department of Health and Human Services <br> *Defendant(s)* | Civil Action No. 1:21-cv-308-KBJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/3/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-308-KBJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Health and Human Services was received by me on *(date)* 02/03/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On February 4, 2021, I served the Summons, Complaint, Civil Cover sheet, Notice of Designation of Related Case, Disclosure Statements and Judge's Individual Rules and Notice and Consent to proceed before Magistrate Judge upon the United States Department of Health and Human Services by mailing true and correct copies of the aforementioned documents via Certified Mail to the Acting Attorney General of the United States, the Acting US Attorney for the District of Columbia, and the United States Department of Health and Human Services (see attached mail receipts).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/05/2021

*Server's signature*

Keith Kaplan, Law Clerk
*Printed name and title*

Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

| USPS® ARTICLE NUMBER |
|---|
| 9414 7266 9904 2158 1261 18 |

| | | |
|---|---|---|
| Certified Mail Fee | $ 3.60 | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to: Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
US



609009-00496-0 Reference Information



PS Form 3800, Facsimile, July 2015

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2158 1260 88

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.60 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark Here

FEB -4 2021

Sent to:
Michael R. Sherwin
Acting US Attorney
555 4th Street, NW
Washington, DC 20001
US

609009-00496-0 Reference Information

PS Form 3800, Facsimile, July 2015

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2158 1260 95

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

Sent to: U.S. Dept. of Health and Human Services
200 Independence Ave SW
Washington, DC 20201
US

FEB -4 2021

609009-00496 Reference Information

Form 3800, Facsimile, July 2015

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

FACING FOSTER CARE IN ALASKA; FAMILY EQUALITY; TRUE COLORS UNITED, INC.; and SERVICES & ADVOCACY FOR GLBT ELDERS

*Plaintiff(s)*

v.

Civil Action No. 1:21-cv-308-KBJ

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and NORRIS COCHRAN, in his official capacity as Acting Secretary, United States Department of Health and Human Services

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Norris Cochran, in his official capacity as Acting Secretary, United States Department of Health and Human Services
United States Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/3/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-308-KBJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Norris Cochran, in his official capacity as Acting Sec., HHS was received by me on *(date)* 02/03/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On February 4, 2021, I served the Summons, Complaint, Civil Cover sheet, Notice of Designation of Related Case, Disclosure Statements and Judge's Individual Rules and Notice and Consent to proceed before Magistrate Judge upon the Acting Secretary of the United States Department of Health and Human Services by mailing true and correct copies of the aforementioned documents via Certified Mail to the Acting Attorney General of the United States, the Acting US Attorney for the District of Columbia, and the United States Department of Health and Human Services (see attached mail receipts).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/05/2021

*Server's signature*

Keith Kaplan, Law Clerk
*Printed name and title*

Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

| USPS® ARTICLE NUMBER |
| --- |
| 9414 7266 9904 2158 1261 18 |

| | | |
| --- | --- | --- |
| Certified Mail Fee | $ | 3.60 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to: Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

609009-00496-0 Reference Information

PS Form 3800, Facsimile, July 2015

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2158 1260 88

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.60 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to: Michael R. Sherwin
Acting US Attorney
555 4th Street, NW
Washington, DC 20001
US

Postmark Here

FEB - 4 2021

Reference Information
609009-00496-0

PS Form 3800, Facsimile, July 2015

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2158 1261 01

3.60

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

Sent to: Norris Cochran
Dept. of Health & Human Services
200 Independence Avenue, S.W.
Washington, DC 20201
US

RADIO CITY STA. NEW YORK NY
FEB - 4 2021
USPS

609009-00496-64781 Reference Information

PS Form 3800, Facsimile, July 2015