# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>       Defendants. | Case No. 1:21-cv-308-KBJ |

## ORDER

Upon consideration of the Parties' Stipulated Motion for an Order to Postpone Rule's Effective Date and Hold the Case in Abeyance (ECF No. 17), and for the reasons set forth in that Stipulated Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**, and the effective date those portions of the U.S. Department of Health and Human Services regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d), are **POSTPONED** under 5 U.S.C. § 705 for 180 days, until **August 11, 2021**. It is

**FURTHER ORDERED** that this case, including Plaintiffs' emergency application for a TRO and motion for a stay, or for preliminary relief (ECF 8), is **STAYED** until further Order of this Court. Notwithstanding this stay, it is

**FURTHER ORDERED** that the Parties shall file a joint status report on or before April 9, 2021, every 60 days thereafter, which shall contain a proposed schedule for further proceedings, if litigation is going to be necessary.

DATE: February 9, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge