UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>            Defendants. | Case No. 1:21-cv-308-KBJ |

## JOINT STATUS REPORT

On February 9, 2021, the Court postponed until August 11, 2021, those portions of the U.S. Department of Health and Human Services ("HHS") regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d). The Court further ordered that the Parties file a joint status report by April 9, 2021, and every 60 days thereafter.

As indicated in the Parties' Stipulation, ECF No. 17, and consistent with Executive Order 13,988—which requires each agency to develop by April 30, 2021, a plan to carry out any actions identified after reviewing the "agency actions" defined by Section 2(a) of that Order—HHS is reviewing the challenged regulation. The Parties propose that, pursuant to the Court's February 9, 2021, order, they file another joint status report by June 8, 2021.

Dated: April 9, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice

1

Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

  /s/ Robin Thurston
Robin Thurston (D.C. Bar No. 1531399)
Kristen Miller (D.C. Bar No. 229627)
Sean Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

M. Currey Cook (NY Bar No. 4612834)**
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
(212) 809-8585
ccook@lambdalegal.org

Sasha Buchert (OR Bar No. 070686)**
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
sbuchert@lambdalegal.org
(202) 804-6245

Peter T. Barbur (NY Bar No. 2260545)*
Katherine D. Janson (NY Bar No. 4404612)*
Rebecca J. Schindel (NY Bar No. 5528500)*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com

rschindel@cravath.com

*Counsel for Plaintiffs*
\* *Pro hac vice* applications filed
\*\**Pro hac vice* applications forthcoming