UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-308-KBJ |

**JOINT STATUS REPORT**

On February 9, 2021, the Court postponed until August 11, 2021, those portions of the U.S. Department of Health and Human Services ("HHS") regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d). The Court further ordered that the Parties file a joint status report by April 9, 2021, and every 60 days thereafter. On April 9, 2021, the Parties reported that HHS was reviewing the challenged regulation, consistent with Executive Order 13,988.

On May 10, 2021, HHS announced that its Office for Civil Rights ("OCR") would interpret and enforce both Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116, and Title IX's prohibitions on discrimination based on sex, 20 U.S.C. § 1681, as prohibiting: (1) discrimination on the basis of sexual orientation; and (2) discrimination on the basis of gender identity.[1] The Acting OCR Director committed to "follow Supreme Court precedent and federal law, and ensure that the law's protections extend to those individuals who are discriminated against based on sexual orientation and gender identity." *Id*.

Defendants continue to review the challenged regulation, whose effective date has been postponed until August 11, 2021. Pursuant to the Court's Order, ECF No. 18, the Parties will file another joint status report by August 9, 2021.

---

[1]　https://www.hhs.gov/about/news/2021/05/10/hhs-announces-prohibition-sex-discrimination-includes-discrimination-basis-sexual-orientation-gender-identity.html.

| | |
|---|---|
| Dated: June 8, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | MICHELLE BENNETT<br>Assistant Branch Director |
| | /s/ *Jason C. Lynch*<br>Jason C. Lynch (D.C. Bar No. 1016319)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Rm. 11214<br>Washington, DC 20005<br>Tel: (202) 514-1359<br>Email: Jason.Lynch@usdoj.gov |
| | *Attorneys for Defendants* |
| | /s/ Robin Thurston<br>Robin Thurston (D.C. Bar No. 1531399)<br>Kristen Miller (D.C. Bar No. 229627)<br>Sean Lev (D.C. Bar No. 449936)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 701-1782<br>rthurston@democracyforward.org<br>kmiller@democracyforward.org<br>slev@democracyforward.org |
| | M. Currey Cook (NY Bar No. 4612834)**<br>Lambda Legal Defense and Education Fund<br>120 Wall St., 19th Fl.<br>New York, New York 10005<br>(212) 809-8585<br>ccook@lambdalegal.org |
| | Sasha Buchert (OR Bar No. 070686)**<br>Lambda Legal Defense and Education Fund<br>1776 K Street, N.W., 8th Floor<br>Washington, DC 20006-2304<br>sbuchert@lambdalegal.org<br>(202) 804-6245 |

Peter T. Barbur (NY Bar No. 2260545)*
Katherine D. Janson (NY Bar No. 4404612)*
Rebecca J. Schindel (NY Bar No. 5528500)*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com
rschindel@cravath.com

*Counsel for Plaintiffs*
* *Pro hac vice* applications filed
***Pro hac vice* applications forthcoming