UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-308 |

### [PROPOSED] ORDER

This matter is before the Court on the Parties' Stipulated Request for an Order to Postpone Rule's Effective Date and Hold the Case in Abeyance (ECF ____). For the reasons set forth in that Stipulation, it is hereby

**ORDERED** that the effective date those portions of the U.S. Department of Health and Human Services regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d), are hereby **POSTPONED** under 5 U.S.C. § 705 for 90 days, until **November 9, 2021**. It is

**FURTHER ORDERED** that this case, including Plaintiffs' emergency application for a temporary restraining order and motion for a stay pursuant to 5 U.S.C. § 705, or for preliminary relief pursuant to Federal Rule of Civil Procedure 65 ("Motion") (ECF No. 8), shall be **HELD IN ABEYANCE** during the postponement period. It is

**FURTHER ORDERED** that the Parties shall file a joint status report by October 26, 2021.

DATE: August ____, 2021　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge