UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FACING FOSTER CARE IN ALASKA,
*et al.*,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

        Defendants.

Case No. 1:21-cv-308

**ORDER**

This matter is before the Court on the Parties' Stipulated Request for an Order to Postpone Rule's Effective Date and Hold the Case in Abeyance (ECF 22). For the reasons set forth in that Stipulation, it is hereby

**ORDERED** that the effective date those portions of the U.S. Department of Health and Human Services regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d), are hereby **POSTPONED** under 5 U.S.C. § 705 for 90 days, until **November 9, 2021**. It is

**FURTHER ORDERED** that this case, including Plaintiffs' emergency application for a temporary restraining order and motion for a stay pursuant to 5 U.S.C. § 705, or for preliminary relief pursuant to Federal Rule of Civil Procedure 65 ("Motion") (ECF No. 8), shall be **HELD IN ABEYANCE** during the postponement period. It is

**FURTHER ORDERED** that the Parties shall file a joint status report by October 26, 2021.

DATE: August 5, 2021

                                                        Rudolph Contreras
                                                        United States District Judge