UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-308 |

**JOINT STATUS REPORT**

On February 9, 2021, pursuant to the Parties' stipulated request, the Court postponed until August 11, 2021, those portions of the U.S. Department of Health and Human Services ("HHS") regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d) ("the Rule"). ECF No. 18. On August 5, 2021, the Court again postponed the Rule's effective date, until November 9, 2021. ECF No. 23. The Court further ordered that the case continue to be held in abeyance during the postponement period, and that the Parties file a joint status report by October 26, 2021. *Id.*

The Parties hereby report that they have had recent discussions about HHS's review of the Rule and the appropriate next steps in this case. The Parties wish to continue those discussions, and jointly propose that they file another status report by November 2, 2021.

Dated: October 26, 2021                            Respectfully submitted,

                                                          BRIAN M. BOYNTON
                                                          Acting Assistant Attorney General

                                                          MICHELLE BENNETT
                                                          Assistant Branch Director

                                                          */s/ Jason C. Lynch*
                                                          Jason C. Lynch (D.C. Bar No. 1016319)
                                                          Trial Attorney
                                                          United States Department of Justice
                                                          Civil Division, Federal Programs Branch

1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

 /s/ Robin Thurston
Robin Thurston (D.C. Bar No. 1531399)
Kristen Miller (D.C. Bar No. 229627)
Sean Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

M. Currey Cook (NY Bar No. 4612834)**
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
(212) 809-8585
ccook@lambdalegal.org

Sasha Buchert (OR Bar No. 070686)**
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
sbuchert@lambdalegal.org
(202) 804-6245

Peter T. Barbur (NY Bar No. 2260545)*
Katherine D. Janson (NY Bar No. 4404612)*
Rebecca J. Schindel (NY Bar No. 5528500)*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com
rschindel@cravath.com

3

*Counsel for Plaintiffs*
\* *Pro hac vice* applications filed
\*\**Pro hac vice* applications forthcoming