UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-308 |

**JOINT STATUS REPORT AND STIPULATED REQUEST FOR AN ORDER
TO POSTPONE RULE'S EFFECTIVE DATE AND HOLD THE CASE IN ABEYANCE**

Subject to the Court's approval, and pursuant to Local Civil Rules 7 and 16.6 and the Court's October 27, 2021, minute order, the Parties through their undersigned counsel report and STIPULATE as follows:

1. Plaintiffs in this action challenge a final rule promulgated by the U.S. Department of Health and Human Services ("HHS"), entitled *Health and Human Resources Grants Regulation*. 86 Fed. Reg. 2,257 (Jan. 12, 2021). Hereinafter, "the Rule" refers to those portions of the January 12, 2021, regulation that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d). At the time of publication, the Rule was set to take effect on February 11, 2021. *Id.* at 2,257.

2. On February 4, 2021, Plaintiffs filed an emergency application for a temporary restraining order and motion for a stay pursuant to 5 U.S.C. § 705 or preliminary relief pursuant to Federal Rule of Civil Procedure 65 ("Motion"). (ECF No. 8).

3. On February 9, 2021, consistent with 5 U.S.C. § 705, the Parties stipulated to a postponement until August 11, 2021, of the effective date of the Rule and to hold the Motion in abeyance. (ECF No. 17). The Court granted the Parties' stipulated request and entered an order postponing the effective date of the Rule until August 11, 2021, and staying the Motion. (ECF No. 18).

1

4. The Parties filed joint status reports on April 9, 2021, and June 8, 2021, (ECF Nos. 20, 21), before stipulating to another postponement on August 4, 2021. (ECF No. 22). Defendants reported that they continued to review the Rule. The Court granted that stipulated request and entered an order postponing the effective date of the Rule until November 9, 2021, and staying the Motion. (ECF No. 23).

5. On October 27, 2021, the Court accepted the Parties' proposal and ordered them to file a joint status report by November 2, 2021.

6. The Parties hereby report that Defendants continue to review the Rule, and stipulate to another Court order postponing the Rule's effective date until January 17, 2022. Plaintiffs stipulate to this postponement even though they understood Defendants' August 4, 2021, stipulation to have been made with the expectation that HHS would have finished assessing the Rule without an additional postponement. This additional postponement will allow HHS to finish assessing the Rule without burdening the Court. Defendants agree, consistent with the requirements of 5 U.S.C. § 705, that justice requires a further postponement of the effective date of the Rule.

7. Plaintiffs maintain that—for the reasons expressed in their Motion and supporting papers—they would face irreparable injury if the Rule's effective date were not further postponed or if the Rule were not otherwise enjoined.

8. This stipulation is without prejudice to any positions Plaintiffs or Defendants might take on the merits of Plaintiffs' Motion if the postponement requested herein is not entered or is entered and is subsequently revised.

9. Accordingly, the Parties request that the Court issue an order, pursuant to 5 U.S.C. § 705, postponing until January 17, 2022, the effective date of the Rule. The Parties further request that the Court continue to stay proceedings in this matter. The

Parties propose filing a joint status report no later than January 10, 2022, to inform the Court about their views on the status of this case and any appropriate next steps.

Dated: November 2, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

*/s/ Robin Thurston*
Robin Thurston (D.C. Bar No. 1531399)
Kristen Miller (D.C. Bar No. 229627)
Sean Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

M. Currey Cook (NY Bar No. 4612834)**
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
(212) 809-8585
ccook@lambdalegal.org

Sasha Buchert (OR Bar No. 070686)**

Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
sbuchert@lambdalegal.org
(202) 804-6245

Peter T. Barbur (NY Bar No. 2260545)*
Katherine D. Janson (NY Bar No. 4404612)*
Rebecca J. Schindel (NY Bar No. 5528500)*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com
rschindel@cravath.com

*Counsel for Plaintiffs*
\* *Pro hac vice* applications filed
\*\**Pro hac vice* applications forthcoming

4