UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-308-JMC |

**CONSENT MOTION FOR EXTENSION OF TIME AND STIPULATED REQUEST FOR AN ORDER TO POSTPONE RULE'S EFFECTIVE DATE AND HOLD THE CASE IN ABEYANCE**

Subject to the Court's approval, and pursuant to Local Civil Rules 7 and 16.6 and the Court's November 3, 2021, minute order, the Parties through their undersigned counsel submit the following consent motion and stipulation:

1. Plaintiffs in this action challenge a final rule promulgated by the U.S. Department of Health and Human Services ("HHS"), entitled *Health and Human Resources Grants Regulation*. 86 Fed. Reg. 2,257 (Jan. 12, 2021). Hereinafter, "the Rule" refers to those portions of the January 12, 2021, regulation that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d). At the time of publication, the Rule was set to take effect on February 11, 2021. *Id.* at 2,257.

2. On February 4, 2021, Plaintiffs filed an emergency application for a temporary restraining order and motion for a stay pursuant to 5 U.S.C. § 705 or preliminary relief pursuant to Federal Rule of Civil Procedure 65 ("Motion"). (ECF No. 8).

3. On February 9, 2021, consistent with 5 U.S.C. § 705, the Parties stipulated to a postponement until August 11, 2021, of the effective date of the Rule and to hold the Motion in abeyance. (ECF No. 17). The Court granted the Parties' stipulated request

and entered an order postponing the effective date of the Rule until August 11, 2021, and staying the Motion. (ECF No. 18).

4. The Parties filed joint status reports on April 9, 2021, and June 8, 2021, (ECF Nos. 20, 21), before stipulating to another postponement on August 4, 2021. (ECF No. 22). Defendants reported that they continued to review the Rule. The Court granted that stipulated request and entered an order postponing the effective date of the Rule until November 8, 2021, and staying the Motion. (ECF No. 23).

5. On November 3, 2021, the Parties filed a joint status report and stipulated to another postponement. (ECF No. 26). By minute order, the Court granted that stipulated request and entered an order postponing the effective date of the Rule until January 17, 2022.

6. On December 15, 2021, Defendants filed a motion for remand without vacatur or, in the alternative, a stay of proceedings. (ECF No. 28). Plaintiffs oppose the motion for remand.

7. Plaintiffs respectfully request an extension of time to respond to the pending motion for remand. Counsel for Plaintiffs have previously planned personal commitments and vacation over the winter holidays and anticipate disruption to childcare arrangements in January given the expected COVID-19 surge. Defendants have consented to the requested extension, so long as it is paired with an additional stipulated postponement of the effective date of the Rule. Accordingly, the Parties stipulate to postpone the Rule's effective date by another 90 days, until April 18, 2022.

8. Defendants continue to review the Rule, and they have asked the Court to remand the Rule to HHS. The proposed additional stipulated postponement will allow HHS to finish assessing the Rule and to explore its administrative options without burdening the Court. Defendants agree, consistent with the requirements of 5 U.S.C. § 705, that justice requires a further postponement of the effective date of the Rule.

9. Plaintiffs maintain that—for the reasons expressed in their Motion and supporting papers—they would face irreparable injury if the Rule's effective date were not further postponed or if the Rule were not otherwise enjoined.

10. This stipulation is without prejudice to any positions Plaintiffs or Defendants might take on the merits of Plaintiffs' Motion if the postponement requested herein is not entered or is entered and is subsequently revised.

11. Accordingly, the Parties request that the Court issue an order, pursuant to 5 U.S.C. § 705, postponing until April 18, 2022, the effective date of the Rule and continuing to stay proceedings in this matter. The Parties also request that the Court extend until January 26, 2022, the deadline for Plaintiffs to respond to Defendants' motion for remand (ECF No. 28). The Parties propose filing a joint status report by April 8, 2022, if the motion for remand has not been resolved by then, to inform the Court about their views on the status of this case and any appropriate next steps.

Dated: December 23, 2021

Respectfully submitted,

 /s/ Robin Thurston
Robin Thurston (D.C. Bar No. 1531399)
Kristen Miller (D.C. Bar No. 229627)
Sean Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

M. Currey Cook (NY Bar No. 4612834)**
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
(212) 809-8585
ccook@lambdalegal.org

Sasha Buchert (OR Bar No. 070686)**
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
sbuchert@lambdalegal.org
(202) 804-6245

Peter T. Barbur (NY Bar No. 2260545)*
Katherine D. Janson (NY Bar No. 4404612)*
Rebecca J. Schindel (NY Bar No. 5528500)*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com
rschindel@cravath.com

*Counsel for Plaintiffs*
\* *Pro hac vice* applications filed
\*\**Pro hac vice* applications forthcoming

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*