UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-308 (JMC) |

**ORDER**

This matter is before the Court on the Parties' Consent Motion for Extension of Time and Stipulated Request for an Order to Postpone Rule's Effective Date and Hold the Case in Abeyance (ECF 29). For the reasons set forth in that consent motion and stipulation, it is hereby

**ORDERED** that Plaintiffs' deadline to respond to Defendants' pending motion for remand (ECF 28) is **EXTENDED** until **January 26, 2022**. It is

**FURTHER ORDERED** that the effective date of those portions of the U.S. Department of Health and Human Services regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d), are hereby **POSTPONED** under 5 U.S.C. § 705 for another 90 days, until **April 18, 2022**. It is

**FURTHER ORDERED** that this case, including Plaintiffs' emergency application for a temporary restraining order and motion for a stay pursuant to 5 U.S.C. § 705, or for preliminary relief pursuant to Federal Rule of Civil Procedure 65 ("Motion") (ECF 8), shall be **HELD IN ABEYANCE** during the postponement period. It is

**FURTHER ORDERED** that the Parties shall file a joint status report by **April 8, 2022**, if Defendants' motion for remand (ECF 28) has not been resolved by then.

DATE: December 27, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge