UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-308 |

**JOINT STATUS REPORT**

On December 27, 2021, pursuant to the Parties' stipulated request, the Court postponed until April 18, 2022, those portions of the U.S. Department of Health and Human Services ("HHS") regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d) ("the Rule"). *See* Order, ECF No. 30. The Court further ordered that the case be held in abeyance during the postponement period, and that the Parties file a joint status report by April 8, 2022, if Defendants' pending motion for remand, ECF No. 28, had not been resolved by then.

The Parties have been recently discussing HHS's next steps regarding the Rule, as well as any next steps for this litigation. The Parties require additional time to complete those discussions and to propose a course of action to the Court. Therefore, the Parties respectfully suggest that they file another joint status report by April 14, 2022.

Dated: April 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)

1

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*

 /s/ Robin Thurston
Robin Thurston (D.C. Bar No. 1531399)
Kristen Miller (D.C. Bar No. 229627)
Sean Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

M. Currey Cook (NY Bar No. 4612834)**
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
(212) 809-8585
ccook@lambdalegal.org

Sasha Buchert (OR Bar No. 070686)**
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
sbuchert@lambdalegal.org
(202) 804-6245

Peter T. Barbur (NY Bar No. 2260545)*
Katherine D. Janson (NY Bar No. 4404612)*
Rebecca J. Schindel (NY Bar No. 5528500)*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

        pbarbur@cravath.com
        kjanson@cravath.com
        rschindel@cravath.com

        *Counsel for Plaintiffs*
        \* *Pro hac vice* applications filed
        \*\**Pro hac vice* applications forthcoming