# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FACING FOSTER CARE IN ALASKA, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Case No. 1:21-cv-308

## ORDER

This matter is before the Court on the Parties' Joint Status Report and Stipulated Request for an Order to Postpone Rule's Effective Date (ECF 34). For the reasons set forth in the joint status report and stipulated request, it is hereby

**ORDERED** that the effective date of those portions of the U.S. Department of Health and Human Services regulation entitled *Health and Human Resources Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d), are hereby **POSTPONED** under 5 U.S.C. § 705 until **May 2, 2022**. It is

**FURTHER ORDERED** that the Parties shall file by **April 28, 2022**, another joint status report.

It is so ordered.

DATE: April 15, 2022

_____
Jia M. Cobb
United States District Judge

1