UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                    Defendants. | Case No. 1:21-cv-308 |

**JOINT STATUS REPORT AND JOINT MOTION
FOR AN ORDER TO POSTPONE RULE'S EFFECTIVE DATE**

Subject to the Court's approval, and pursuant to Local Civil Rules 7 and 16.6 and the Court's April 15, 2022, minute order, the Parties through their undersigned counsel report and stipulate as follows:

1. Plaintiffs in this action challenge a final rule promulgated by the U.S. Department of Health and Human Services ("HHS"), entitled *Health and Human Services Grants Regulation*. 86 Fed. Reg. 2,257 (Jan. 12, 2021). Hereinafter, "the Rule" refers to those portions of the January 12, 2021, regulation that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d). At the time of the Rule's publication, it was set to take effect on February 11, 2021. *Id.* at 2,257.

2. On February 4, 2021, Plaintiffs filed an emergency application for a temporary restraining order and motion for a stay pursuant to 5 U.S.C. § 705 or preliminary relief pursuant to Federal Rule of Civil Procedure 65 ("Motion"). (ECF No. 8).

3. On February 9, 2021, consistent with 5 U.S.C. § 705, the Parties stipulated to a postponement until August 11, 2021, of the effective date of the Rule and to hold the Motion in abeyance. (ECF No. 17). The Court granted the Parties' stipulated request and entered an order postponing the effective date of the Rule until August 11, 2021, and staying the Motion. (ECF No. 18). Pursuant to additional stipulated requests, the

1

Court further postponed the Rule's effective date until November 9, 2021 (ECF No. 23); January 17, 2022 (Nov. 3, 2021, minute order); and April 18, 2022 (ECF No. 30), and May 2, 2022 (ECF No. 36).

4. HHS is reviewing the Rule and considering the agency's options accordingly. The Parties therefore stipulate to an additional postponement, by 30 days, of the Rule's effective date. Defendants agree, consistent with the requirements of 5 U.S.C. § 705, that justice requires this postponement of the effective date of the Rule.

5. Plaintiffs maintain that—for the reasons expressed in their Motion and supporting papers—they would face irreparable injury if the Rule's effective date were not further postponed or if the Rule were not otherwise enjoined.

6. This stipulation is without prejudice to any positions Plaintiffs or Defendants might take on the merits of Plaintiffs' Motion, if the postponement requested herein is not entered or is entered and is subsequently revised.

7. Accordingly, the Parties request that the Court issue an order, pursuant to 5 U.S.C. § 705, postponing until June 1, 2022, the effective date of the Rule.

8. The Parties further propose that they file another joint status report by May 27, 2022.

Dated: April 28, 2022                                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005

Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

*/s/ Robin Thurston*
Robin Thurston (D.C. Bar No. 1531399)
Kristen Miller (D.C. Bar No. 229627)
Sean Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
rthurston@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

M. Currey Cook (NY Bar No. 4612834)**
Lambda Legal Defense and Education Fund
120 Wall St., 19th Fl.
New York, New York 10005
(212) 809-8585
ccook@lambdalegal.org

Sasha Buchert (OR Bar No. 070686)**
Lambda Legal Defense and Education Fund
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
sbuchert@lambdalegal.org
(202) 804-6245

Peter T. Barbur (NY Bar No. 2260545)*
Katherine D. Janson (NY Bar No. 4404612)*
Rebecca J. Schindel (NY Bar No. 5528500)*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
kjanson@cravath.com
rschindel@cravath.com

*Counsel for Plaintiffs*

\* *Pro hac vice* applications filed
\*\**Pro hac vice* applications forthcoming