**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>          Defendants. | Case No. 1:21-cv-308 (JMC) |

**ORDER**

This matter is before the Court on the Parties' Joint Motion for an Order to Postpone Rule's Effective Date (ECF 39). For the reasons set forth in the joint status report and joint motion, it is hereby

**ORDERED** that the effective date of those portions of the U.S. Department of Health and Human Services regulation entitled *Health and Human Services Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d), are hereby **POSTPONED** under 5 U.S.C. § 705 until **July 1, 2022**. It is

**FURTHER ORDERED** that the Parties shall file by **June 28, 2022**, another joint status report.

It is so ordered.

DATE: May 26, 2022

_____
JIA M. COBB
United States District Judge