# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FACING FOSTER CARE IN ALASKA, *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                Defendants. | Case No. 1:21-cv-308 |

## ORDER

This matter is before the Court on Defendant's Motion for Remand with Vacatur (ECF 41). For the reasons set forth in that motion, it is hereby

**ORDERED** that those portions of the U.S. Department of Health and Human Services ("HHS") regulation entitled *Health and Human Services Grants Regulation*, 86 Fed. Reg. 2,257 (Jan. 12, 2021), that amend 45 C.F.R. §§ 75.101(f), 75.300(c), and 75.300(d), are hereby **VACATED** and **REMANDED** to HHS. It is

**FURTHER ORDERED** that Defendants' pending Motion to Remand without Vacatur, ECF No. 28, is **DENIED AS MOOT**. It is

**FURTHER ORDERED** that this case is **CLOSED**.

It is so ordered.

DATE: June 29, 2022

                                                        JIA M. COBB
                                                        United States District Judge